Michael R. Annis (*pro hac vice*)
Mike.Annis@huschblackwell.com
A. James Spung (*pro hac vice*)
James.Spung@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, 6th Floor
St. Louis, Missouri 63105
314.480.1500 Telephone
314.480.1505 Facsimile

Michael Klebanov (*pro hac vice*)
Michael.Klebanov@huschblackwell.com
HUSCH BLACKWELL LLP
750 17th Street, NW, Suite 900
Washington, D.C. 20006

Eric Y. Kizirian
Eric.Kizirian@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street
Los Angeles, CA 90071
213.580.3981 Telephone
213.250.7900 Facsimile

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SOTELO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RAWLINGS SPORTING GOODS COMPANY, INC.<br><br>Defendant. | Case No. 2:18-cv-09166-GW-MAA<br><br>Hon. George H. Wu<br><br>**DEFENDANT RAWLINGS SPORTING GOODS COMPANY, INC.'S NOTICE OF MOTION AND MOTION TO STRIKE THE REPORT AND TESTIMONY OF STEFAN BOEDEKER**<br><br>Date: December 3, 2020<br>Time: 8:30 a.m.<br>Place: 9D |

**TO PLAINTIFF AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on December 3, 2020, at 8:30 a.m., or as soon thereafter as the matter may be heard, in the United States District Court for the Central District of California, before the Hon. George H. Wu, Defendant Rawlings Sporting Goods Co., Inc. ("Rawlings") will, and hereby does, move the Court for an order striking and excluding the written report and oral testimony of Mr. Stefan Boedeker on the grounds that the testimony he has provided does not meet Federal Rule of Evidence 702's standards for admissibility of expert testimony. Pursuant to Local Rule 7-3, the parties met and conferred on October 15 and 19, 2020 regarding this Motion.

This Motion is based on this Notice of Motion and Motion and the accompanying Memorandum of Points and Authorities.

2     2:18-cv-09166-GW-MAA

DEFENDANT RAWLINGS SPORTING GOODS COMPANY, INC.'S
NOTICE OF MOTION AND MOTION TO STRIKE THE REPORT AND TESTIMONY OF STEFAN BOEDEKER

| | |
|---|---|
| | Respectfully submitted, |
| Dated: October 23, 2020 | |
| | By: /s/ *Michael R. Annis* |
| | Michael R. Annis (*pro hac vice*)<br>Mike.Annis@huschblackwell.com<br>A. James Spung (*pro hac vice*)<br>James.Spung@huschblackwell.com<br>HUSCH BLACKWELL LLP<br>190 Carondelet Plaza, 6th Floor<br>St. Louis, Missouri 63105<br>314.480.1500 Telephone<br>314.480.1505 Facsimile |
| | Michael Klebanov (*pro hac vice*)<br>Michael.Klebanov@huschblackwell.com<br>HUSCH BLACKWELL LLP<br>750 17th Street, NW, Suite 900<br>Washington, D.C. 20006<br>202.378.2300 Telephone<br>202.378.2319 Facsimile |
| | Eric Y. Kizirian<br>Eric.Kizirian@lewisbrisbois.com<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>633 West 5th Street<br>Los Angeles, CA 90071<br>213.580.3981 Telephone<br>213.250.7900 Facsimile |
| | ***Attorneys for Defendant Rawlings Sporting Goods Company*** |

3  2:18-cv-09166-GW-MAA

DEFENDANT RAWLINGS SPORTING GOODS COMPANY, INC.'S
NOTICE OF MOTION AND MOTION TO STRIKE THE REPORT AND TESTIMONY OF STEFAN BOEDEKER