Michael R. Annis (*pro hac vice*)
Mike.Annis@huschblackwell.com
Michael Klebanov (*pro hac vice*)
Michael.Klebanov@huschblackwell.com
A. James Spung (*pro hac vice*)
James.Spung@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, 6th Floor
St. Louis, Missouri 63105
314.480.1500 Telephone
314.480.1505 Facsimile

Eric Y. Kizirian
Eric.Kizirian@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street
Los Angeles, CA 90071
213.580.3981 Telephone
213.250.7900 Fascimile

**Attorneys for Defendant**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SOTELO, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>RAWLINGS SPORTING GOODS COMPANY, INC.,<br><br>*Defendant.* | Case No.: 2:18-cv-09166-GW-MAA<br><br>Hon. George H. Wu<br><br>**DECLARATION OF A. JAMES SPUNG IN SUPPORT OF DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR CLASS CERTIFICATION AND MEMORANDUM IN SUPPORT OF MOTION AND MOTION TO STRIKE THE REPORT AND TESTIMONY OF STEFAN BOEDEKER**<br><br>Date: November 16, 2020<br>Time: 8:30 a.m.<br>Crtrm.: 9D |

I, A. James Spung, hereby certify, under penalty of perjury, as follows:

Case No. 2:18-cv-09166-GW-MAA

**Declaration of James Spung in Support of Defendant's Memorandum in Opposition to Plaintiff's Amended Motion for Class Certification and Memorandum in Support of Motion and Motion to Strike the Report and Testimony of Stefan Boedeker**

HB: 4832-5982-6639.2

1. I am an associate at Husch Blackwell LLP, counsel for Defendant Rawlings Sporting Goods Co., Inc. ("Rawlings") in this matter. I am a member in good standing of the state bars of New York, Georgia, and Missouri and have been admitted *pro hac vice* in this case.

2. I respectfully submit this declaration in support of Defendant's Memorandum in Opposition to Plaintiff's Amended Motion for Class Certification. Except as otherwise noted, the facts set forth in this declaration are based in part upon my personal knowledge, and I would competently testify to them if called upon to do so.

3. Attached hereto as **Exhibit A** is a true and correct copy of a document produced in discovery by Rawlings and bates stamped RAWLINGS015513- RAWLINGS015517. This document has been marked HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by Defendant and, therefore, Defendant is filing it under seal in compliance with the provisions of the Protective Order entered in this matter.

4. Attached hereto as **Exhibit B** is a true and correct copy of a document produced in discovery by Rawlings and bates stamped RAWLINGS015919- RAWLINGS015923. This document has been marked HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by Defendant and, therefore, Defendant is filing it under seal in compliance with the provisions of the Protective Order entered in this matter.

5. Attached hereto as **Exhibit C** is a true and correct copy of a document produced in discovery by Rawlings and bates stamped RAWLINGS015915- RAWLINGS015917. This document has been marked HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by Defendant and,

Case No. 2:18-cv-09166-GW-MAA

**Declaration of James Spung in Support of Defendant's Memorandum in Opposition to Plaintiff's Amended Motion for Class Certification and Memorandum in Support of Motion and Motion to Strike the Report and Testimony of Stefan Boedeker**

HB: 4832-5982-6639.2

therefore, Defendant is filing it under seal in compliance with the provisions of the Protective Order entered in this matter.

6. Attached hereto as **Exhibit D** is a true and correct copy of a document produced in discovery by Rawlings and bates stamped RAWLINGS001340. This document has been marked HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by Defendant and, therefore, Defendant is filing it under seal in compliance with the provisions of the Protective Order entered in this matter.

7. Attached hereto as **Exhibit E** is a true and correct copy of a document produced in discovery by Rawlings and bates stamped RAWLINGS001343. This document has been marked HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by Defendant and, therefore, Defendant is filing it under seal in compliance with the provisions of the Protective Order entered in this matter.

8. Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the deposition of Kyle Murphy, taken in this matter on December 3, 2019. Certain portion of the transcript have been designated "HIGH CONFIDENTIAL-ATTORNEYS EYES ONLY," pursuant to the Protective Order entered in this matter, and therefore Defendant is filing a redacted version of the transcript.

9. Attached hereto as **Exhibit G** is a true and correct copy of excerpts of the deposition of Rebecca O'Hara, taken in this matter on December 4, 2019. Certain portion of the transcript have been designated "HIGH CONFIDENTIAL-ATTORNEYS EYES ONLY," pursuant to the Protective Order entered in this matter, and therefore Defendant is filing a redacted version of the transcript.

10. Attached hereto as **Exhibit H** is a true and correct copy of excerpts

Case No. 2:18-cv-09166-GW-MAA

**Declaration of James Spung in Support of Defendant's Memorandum in Opposition to Plaintiff's Amended Motion for Class Certification and Memorandum in Support of Motion and Motion to Strike the Report and Testimony of Stefan Boedeker**

HB: 4832-5982-6639.2

of the deposition of Stefan Boedeker, taken in this matter on February 14, 2020.

11. Attached hereto as **Exhibit I** is a true and correct copy of excerpts of the deposition of Dr. Thomas Maronick, taken in this matter on February 12, 2020.

12. Attached hereto as **Exhibit J** is a true and correct copy of excerpts of the deposition of Dr. Bruce Isaacson, taken in this matter on April 29, 2020.

13. Attached hereto as **Exhibit K** is a true and correct copy of excerpts of the deposition of Jeff Fiorini, taken in this matter on December 5, 2019. Certain portion of the transcript have been designated "HIGH CONFIDENTIAL-ATTORNEYS EYES ONLY," pursuant to the Protective Order entered in this matter, and therefore Defendant is filing a redacted version of the transcript.

14. Attached hereto as **Exhibit L** is a true and correct copy of excerpts of the deposition of Michael Zlaket, taken in this matter on March 5, 202. Certain portion of the transcript have been designated "HIGH CONFIDENTIAL-ATTORNEYS EYES ONLY," pursuant to the Protective Order entered in this matter, and therefore Defendant is filing a redacted version of the transcript.

15. Attached hereto as **Exhibit M** is a true and correct copy of excerpts of the deposition of Dr. Ronald T. Wilcox, taken in this matter on May 1, 2020.

16. Attached hereto as **Exhibit N** is a true and correct reproduction of columns A-M, and all rows, of the first tab in the document produced in discovery (in its native Microsoft Excel format) by Rawlings and bates stamped RAWLINGS012273. This document has been marked HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY by Defendant and, therefore Defendant is filing it under seal in compliance with the provisions of the Protective Order entered in this matter.

Case No. 2:18-cv-09166-GW-MAA

**Declaration of James Spung in Support of Defendant's Memorandum in Opposition to Plaintiff's Amended Motion for Class Certification and Memorandum in Support of Motion and Motion to Strike the Report and Testimony of Stefan Boedeker**

HB: 4832-5982-6639.2

17. Attached hereto as **Exhibit O** is a summary chart prepared by Rawlings depicting certain data, such as SKU numbers, sticker lengths, sticker weights, drops, and specification weights, of documents filed under seal by Plaintiff in Exhibit 1 to Doc. 119. The documents filed under seal by Plaintiff in Exhibit 1 to Doc. 119 were each produced by Rawlings in discovery in this matter and designated HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY by Defendant. Because Exhibit O reflects, in part, proprietary and confidential business information regarding these bat specifications, Rawlings is filing a redacted version of Exhibit O.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2020.

*/s/ A. James Spung*

A. James Spung

Case No. 2:18-cv-09166-GW-MAA

Declaration of James Spung in Support of Defendant's Memorandum in Opposition to Plaintiff's Amended Motion for Class Certification and Memorandum in Support of Motion and Motion to Strike the Report and Testimony of Stefan Boedeker

HB: 4832-5982-6639.2