UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SOTELO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RAWLINGS SPORTING GOODS COMPANY, INC.,<br><br>Defendant. | CASE NO. 2:18-cv-09166-GW-MAA<br><br>Hon. George H. Wu<br><br>**DECLARATION OF JANINE L. POLLACK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE THE REPORT AND TESTIMONY OF STEFAN BOEDEKER**<br><br>Date: December 3, 2020<br>Time: 8:30 A.M.<br>Crtrm.: 9D |

I, Janine Pollack, hereby declare as follows:

1. I am a partner at Calcaterra Pollack LLP, counsel for Plaintiff and Proposed Co-Class Counsel in the above-captioned action. I am a member in good standing of the state bars of New York and New Jersey, and have been admitted *pro hac vice* in this case.

2. I respectfully submit this declaration in support of Plaintiff's Opposition to Defendant's Motion to Strike the Report and Testimony of Stefan Boedeker ("Opposition"). Except as otherwise noted, the facts set forth in this declaration are based in part upon my personal knowledge, and I would competently testify to them if called upon to do so.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the deposition transcript of Stefan Boedeker, taken in this matter on February 14, 2020.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: November 12, 2020     By: <u>*/s/ Janine L. Pollack*</u>

                                          Janine Pollack, Esq.
                                          **CALCATERRA POLLACK LLP**
                                          1140 Avenue of the Americas, 9th Floor
                                          New York, NY 10036-5803
                                          Tel.: (212) 899-1760
                                          Fax : (332) 206-2073
                                          jpollack@calcaterrapollack.com

                                          *Proposed Co-Class Counsel*