# **<u>EXHIBIT 1</u>**

Page 1

1              UNITED STATES DISTRICT COURT

2              FOR THE STATE OF CALIFORNIA

3                 WESTERN DIVISION              **CERTIFIED COPY**

4                                      )

5    RICHARD SOTELO, on behalf         )    Case No.

6    of himself and all others        )    2:18-v-09166-

7    similarly situated,              )    GW-MAA

8           Plaintiff,                 )

9              vs.                     )    Pages 1-269

10   RAWLINGS SPORTING GOODS           )

11   COMPANY, INC.,                    )

12          Defendants.                )

13

14       VIDEOTAPED DEPOSITION OF STEPHAN BOEDEKER

15                    TAKEN ON

16            FRIDAY, FEBRUARY 14, 2020

17

18

19

20

21

22   Job No: 176690

23   Reported by:

24   BRENDA R. COUNTZ, RPR-CRR

25   CSR NO. 12563

Page 2

1

2

3

4

5

6

7

8

9

10          Videotaped deposition of STEFAN BOEDEKER,

11    taken at the law firm of Lewis Brisbois, 633 West

12    Fifth Street, Suite 6000, Los Angeles,

13    California, on Friday, February 14, 2020, before

14    Brenda R. Countz, CSR No. 12563.

15

16

17

18

19

20

21

22

23

24

25

1   plaintiff's counsel?

2       A.    I have not considered that but it may
3   be a possible question.

4       Q.    So you haven't done that before?

5       A.    Right now I've probably done that
6   only -- I have asked that kind of question in
7   surveys that were not conjoint studies.  But at
8   the very end I had asked about the awareness of a
9   pending lawsuit and then also the question about
10  if they had been contacted to become plaintiffs.

11      Q.    Let's look at paragraph 66 in your
12  report.  And you propose that the respondents'
13  desired bat weight will be determined in the
14  preliminary questions, correct?

15      A.    I don't know if they used the number
16  desired but I just put the description of the
17  purchase situation in the conjoint, the CBC part
18  of the study, to give them some context.

19      Q.    And then moving to paragraph 67, the
20  bat's actual weight will be included as an
21  attribute in the conjoint choice task, is that
22  right?

23      A.    Yes, that's in my exemplar.  I put that
24  in as an attribute.  It's basically an attribute
25  that is almost self-explanatory here because it's

1    part of the purchase of a baseball bat, the

2    weight as an attribute.

3        Q.    The actual weight attribute will take

4    on five different levels; 18.5, 20, 20.5, 21.8

5    and 23 ounces; is that correct?

6        A.    In my exemplar here that is correct,

7    yes.

8        Q.    But you mention in footnote 38 that

9    those numbers will depend on the prior answer

10   about what weight the respondent is looking for,

11   correct?

12       A.    Yes.  If somebody now bought a 26-ounce

13   bat, then the range will vary around the 26

14   ounce.

15       Q.    How, exactly, will the actual weight

16   attribute levels be determined for each

17   respondent?

18       A.    I thought I just answered that

19   question.  If somebody puts a weight in there,

20   there will be a specific range around that

21   weight.

22       Q.    So when you say specific range, will it

23   always be 1.5 ounces less than the amount on the

24   sticker, which is 18.5 here; then the sticker

25   amount, 20; .5 over the sticker, 20.5; then 1.8

1   should say.

2       Q.   So you said we'd like it to model the

3   real world.

4           If that's the case, then should the

5   survey seek to replicate the purchasing behavior

6   and decision-making process of real world buyers?

7       A.   The decision-making is something

8   prepurchase.  So I think I testified earlier that

9   I'm interested in the measurable decision rather

10  than the psychology behind the decision.  That's

11  not my expertise and that's not necessary to know

12  when I just want to deduce the preferences from

13  choices they make.

14          That that kind of takes out the

15  psychology where I'm not an expert in that field

16  anyway.  So I think that's the main part of

17  creating this environment, to show something that

18  they would see let's say in the online stores or

19  in store shopping.

20          And that, as I said, can be done with

21  video clips, pictorials or words.

22      Q.   And so that environment, your intention

23  for the conjoint survey is to provide as

24  realistic as possible a hypothetical model; is

25  that correct?

1  websites I looked at.  This is just the context

2  here.  Yes, 35.  I give it as an example of

3  purchase options.

4       Q.   So are you aware that some brick and

5  mortar stores like Dick's Sporting Goods provide

6  in-store batting cages where customers can

7  practice swinging before they buy a bat?

8       A.   I don't know about Dick's Sporting

9  Goods but I have seen those batting cages where

10 consumers, customers can practice with a real

11 baseball bat.

12      Q.   Do you agree a consumer practicing with

13 a real baseball bat, potentially of different

14 weights, in an in-store batting cage would have a

15 different purchasing scenario from the scenario

16 in your conjoint survey?

17      A.   The purchasing scenario or the

18 experience of the purchase may be different,

19 because that consumer has different preferences.

20           So as a person who really wants to test

21 the bat and so ultimately that person has an

22 overall list of preference ranking priorities and

23 that goes into their purchase decision.

24           So they want to touch, feel, swing, hit

25 a ball with the bat.  Now that person's

1    experience is part of this whole -- part of the

2    personal purchase decision that to me is not

3    relevant because I'm just seeing what did he

4    choose in the option.

5              So maybe that person has a different

6    one and so he may have a certain choice in each

7    menu where he or she is presented with different

8    alternatives.

9              So ultimately that person has a

10   contribution to the results of the conjoint.  And

11   that, again, in a store I can do all this kind of

12   stuff.  But when you determine the bat you are

13   trying to buy, I make up the number of $289 and

14   that is outside my budget, I would never buy it.

15             But to me as the statistician and

16   economist, I'm trying to capture that point of

17   the choice they make, not what led them to the

18   choice.

19             And then by capturing that they made a

20   certain choice, that they chose an alternative

21   over others, that's what the hierarchical

22   Bayesian then uses to calculate preferences.

23        Q.   So you just made a distinction between

24   what choices a consumer makes and what led them

25   to make the choice.

1    propose using the standalone term "weight" or the

2    stand alone term "drop" as attributes, correct?

3        A.    Again, in this example I use the actual

4    weight relative to what the stated weight was for

5    this example.  I think it was 20.  And then when

6    shown the actual weight I can now calculate the

7    deviations from that.

8            And so then for each numeric deviation

9    I could basically calculate the values of

10   preferences.  And what I have done here is to

11   make it neutral, I've shown data points below and

12   above and the actual weight that was stated.

13           But there would be one of those

14   information bubbles at the actual weight that

15   would then explain why the stated weight is X and

16   here are now -- measurements were taken and the

17   bat actually weighs what you see in this menu for

18   this attribute.

19           There would be an explanation like that

20   that is actually available to the participants

21   every single time if they don't recall what

22   actual weight means, because that information

23   bubble would be on every single screen they see

24   and they would be reminded of the definition of

25   that attribute.

1          And then those are being compared and

2    that is being done for all product combinations.

3    That's really the simulation part.

4          You use the word "hypothetical."  It's

5    basically the prices that are in the study with

6    the attributes that are in the study, and the

7    prices that I -- in one of the examples I had a

8    price range.  Those are prices that are not

9    hypothetical but they are price ranges I either

10   found in documents or online.

11         So those are basically prices at which

12   the product was supplied in the actual world.

13       Q.   Okay.  You mentioned value.  If your

14   survey shows consumers do value the weight or

15   drop of bats, does the price reduction in your

16   simulation consider why consumers value weight or

17   drop?

18       A.   There's no why.  It just basically

19   measures the drop but it doesn't explain why.

20         The why answer is an expression of

21   consumer preferences, basically.

22       Q.   Generally speaking, is a market premium

23   the difference between two market prices?

24       A.   I mean in economics the term market

25   premium is used when products of similar nature

1    in the past or going into the present at most.

2    So now what happened is the Rawlings did supply a

3    certain number of bats and every bat sold is

4    really like the result of an equilibrium, supply

5    meets demand.

6         If all bats were sold for 169, that is

7    the number that was supplied in the actual world

8    that was sold and that is the number of units for

9    which damages have to be calculated:

10    Q.   If Rawlings cost to produce the bats

11   was below $79, saying that's the but-for price,

12   does it matter whether they would sell the bats

13   at that price?

14    A.   Again, the but-for world is not a tool

15   to predict what Rawlings would have done if they

16   had disclosed.  It's also profitability thinking

17   is not the right measure to make the consumer

18   whole.

19         The whole idea that damages are tied to

20   profits, I see that a lot more in intellectual

21   property cases where the patent infringer or

22   trademark infringer, they pay the profits.  They

23   have to repay the profits they made with the

24   product.

25         In this case to take an extreme example

1    calculations here but I describe briefly what is
2    being done.  The supply curve is really this
3    curve that correlates, as we discussed earlier,
4    willingness to accept and then the number of
5    units sold.
6                Now once units are sold, I'm not
7    talking about the supply curve anymore.  I'm at a
8    point on the supply curve.  That's the
9    equilibrium point where five units were sold at a
10   certain price.
11               So now I'm looking for those five
12   units.  If the product features change and the
13   demand drops, then I'm looking for the new price.
14               But that sort of price I don't need to
15   know the whole curve because all I need to know
16   is that new point that has two components, one
17   volume and one price.
18               I don't need to know the whole supply
19   curve, which is many, many combinations of price
20   and volume.  Some of them don't lead to an
21   equilibrium, right?
22               If you think about the simple supply
23   curve demand curve intersection, there is one
24   point at which a transaction happens.
25               So that's something where what I need

1    to know is the unit point, the volume point on

2    the supply curve.

3        Q.   Does market price depend at all on the

4    slope of a supply curve?

5        A.   Again, the market price signifies a

6    point.  I know I have done that work for

7    corporations where you are trying to figure out

8    what is the best price for a product.

9            So now the slope of the supply curve is

10   too general a question.  Illustrative examples I

11   give is that several manufacturers in the market

12   trying to sell a product but obviously you can go

13   as company-specific supply curves and they all

14   may have different slopes.

15           I picked a straight line as the

16   simplest illustrative example.  But the supply

17   curve is different and decisions about products

18   can be made relative to where you are in terms of

19   the slope of a supply curve.

20           But again, the supply curve for my

21   purposes doesn't need to be known because I need

22   to know what resulted in transactions and that's

23   the point on the supply curve.

24       Q.   That's the point on the supply curve.

25   What's the "that" that's the point?  You said

1    the willingness to accept the market price

2    happens.

3           So now the manufacturer basically

4    produces with the best marginal cost and not

5    everybody who bought a bat will be fully

6    compensated.

7       Q.   If some bats have an actual weight that

8    is equivalent to the stated weight, or it's

9    within a margin of difference that consumers

10   don't care about, why do you need to capture all

11   at-issue bats?

12          MS. POLLACK:  Object to the form.

13          THE WITNESS:  That's more -- in the

14   complaint, allegations are made.  So for the

15   group of bats, that's the one I call at issue, is

16   where the allegations are true.

17          Now, if you tell me that there is a

18   situation where the bats may have a stated weight

19   that equals the actual weight, the way I

20   described the model earlier I have a range of

21   weight and then I can measure, right?  If it's at

22   .6 ounces different, it doesn't matter.  But at

23   1.5 it starts mattering.

24          So that's the computational power of

25   the model.  It can perform granular calculations

1    that enable the trier of fact to draw a

2    conclusion.

3           Now, I'm not the expert who ultimately

4    says what the actual weight difference is.

5    Somebody else would do that.  I don't know if

6    there are documents available in the production

7    quality control process.  I don't know if there's

8    something out there that would say this bat

9    before it went out to the store, to the retailer,

10   wherever it was sold, there may be documents

11   saying that it was weighed at quality control and

12   it was four ounces too heavy.

13          So I don't know if there is data out

14   there.  I'm providing the court with the model

15   that whatever the facts are in terms of the

16   misstated or correctly stated weight, what the

17   appropriate measure of economic loss is.

18   BY MR. KLEBANOV:

19      Q.   So the appropriate economic loss

20   measure is the same across class members, even if

21   one class member purchased a bat with a

22   difference in actual and stated weight that was

23   not material to that class member?

24          MS. POLLACK:  Object to the form.

25          THE WITNESS:  The way I proposed to set

1   up this conjoint study, I can basically calculate

2   the threshold, in a sense, at which it becomes

3   material.

4           Right now I don't know if there's data

5   about the extra weight of every sold bat so

6   another expert would have to say what is the

7   actual weight situation here, what is the actual

8   weight, what is the stated weight, what is the

9   delta.

10          And then my model would be able to say

11  for this particular measured difference, here is

12  the economic loss.  Or if it's so small that the

13  consumers don't care, then there won't be a loss.

14          But I'm not the one who provides the

15  input into what the actual weight is.  That would

16  either be another expert or there may be

17  documents out there that I'm not aware of at the

18  moment.

19  BY MR. KLEBANOV:

20      Q.   So I'm not sure I understand.  If your

21  model produces a damages figure or figures, how

22  does it account for a consumer who didn't care

23  that the bat's actual weight was different than

24  the bat's stated weight?

25          MS. POLLACK:  Object to the form.

1              THE WITNESS:  That's slightly

2     different, right?  First we had talked about a

3     material threshold and that may be .5 ounces,

4     whatever it is.

5              Now, if a consumer doesn't care, and

6     let's just say there is a three-ounce difference

7     and the consumer says I just don't care, the fact

8     that that bat should have been sold at a lower

9     price if the market had had the right

10    information, then this particular consumer

11    overpaid by that amount.

12             That bat, the market would have paid

13    say $10 less for an overstated weight like that.

14    And even if that consumer didn't care about that

15    weight difference, he overpaid.

16    BY MR. KLEBANOV:

17        Q.   Okay, I understand.

18        A.   Or she.

19        Q.   Does your model address the fair market

20    value of Rawlings's bats, absent the alleged

21    misrepresentation here?

22        A.   I think you asked a fair market value

23    question.  Fair market value doesn't enter into

24    my model because ultimately the price is what I

25    use in my damages calculation.

1      A.    I've seen books where market premium is

2  used interchangeably with my definition of price

3  premium and that is typically how I used market

4  premium.

5          But right now I don't know if I want to

6  spend too much time thinking about an example

7  where market premium could have a different

8  interpretation or meaning.

9      Q.    Okay, let's take a look at paragraph 99

10  of your report.

11      A.    (Perusing.)

12      Q.    Here you describe the need to, "Shift

13  the demand curve in the but-for world vertically

14  so that we reach the actual market equilibrium on

15  the actual demand curve."

16          What's the reason to shift the but-for

17  demand curve up?

18      A.    The shifting up is basically

19  vertically.  I want to now find for a given

20  volume, I will now find what was the price on the

21  original demand curve and that the original

22  demand curve -- I should say the actual world

23  demand curve where transactions actually

24  happened, that has the market equilibrium defined

25  by volume and the price.

Page 183

1            If the product with the changed

2    attribute is perceived inferior to the original

3    product, prices will go down.

4            Now I have to find the difference in

5    the two prices at the volume point that sold in

6    the actual world, which is the volume point of

7    the original actual market world equilibrium.

8        Q.    That shift in the demand curve could

9    indicate an increased willingness to pay in the

10   but-for world; is that correct?

11       A.    An increased willingness to pay?

12       Q.    An increasing willingness to pay, yes.

13       A.    In the but-for world under my

14   definition of the but-for world where the product

15   may be perceived as inferior, the willingness to

16   pay would go down.

17            So it would be a decrease in the

18   willingness to pay.

19            Now what it does is it looks at the

20   willingness to pay, but only in so far as it's a

21   differentiator between the buyer and the

22   non-buyer.  Ultimately it's a price that's being

23   reported.

24            In this example it goes down to $10.

25   That means that the price is $10.  Individuals

1    first sentence.

2              You state, "The data as described above

3    can be applied to test whether the economic loss

4    differs between, one, specifications of the

5    misrepresentation, ounce versus drop; two, bat

6    size and, three, brand loyalty."

7              How did you choose these three

8    dimensions?

9         A.   Those were like overall attributes I

10   had discussed before.  So here especially I'm

11   saying whatever I have in the study, I can now

12   test if this is a uniform price drop or it may

13   differ.

14             What I'm saying here is that the model

15   is flexible enough to calculate that separately.

16   So it's not that it's a one size fits all so I

17   can run calculations within the model that can

18   answer those questions if they become relevant.

19        Q.   Why didn't you include that material or

20   certification as one of the three dimensions?

21        A.   I could have put five down there.

22        Q.   So this is subject to change?

23        A.   This is basically, I picked the three,

24   the misrepresentation because that's what the

25   study is all about.

1          Q.    Do you anticipate you will have access

2     to sales data for all the different products?

3          A.    That is also something that will become

4     very important in the merits phase.  Sales data

5     would have to be made available.

6               On the other hand, if granular sales

7     data aren't available, then more summarized or

8     aggregate data can be used to calculate

9     class-wide damages.

10               That does not yet take into account an

11     allocation to class members but at least the

12     overall size of class-wide damages could be

13     quantified that way.

14          Q.    What do you mean by allocation to class

15     members?

16          A.    Let's say I'm calculating if there are

17     damages and the total class-wide damages are $25

18     million, just as an example.  Now that is the

19     size of the pool of all damages aggregate.

20               Now, the judge may decide and say

21     everybody who bought a bat gets X dollars per bat

22     they bought, or it could be more refined and say

23     you get relative to what you paid, right?

24               So it's all ultimately up to the courts

25     how class-wide damages will be distributed, would

1   weight, somebody else would have to give that

2   number to me as an input.

3       Q.   In 101 you also state that you will

4   have data available from third-party retailers.

5            What's the basis for that

6   understanding?

7       A.   There are third-party retailers who

8   sell transactional data.  So if Rawlings doesn't

9   have data about all their sales, then I don't

10  know what the technical term is through subpoena

11  so we can get the data.

12           There are also data compilations that

13  can be purchased from data collection companies

14  that basically create databases of retail

15  purchases.

16           Again, that is something that I haven't

17  researched yet so I don't know what is available.

18  But in general third-party data is available for

19  a broad number of products and markets.

20      Q.   So you don't know right now if that

21  data would be from all third-party retailers or

22  just some, correct?

23      A.   That's correct, I haven't done any

24  research in that.

25      Q.   If the data is only from a subset of

1   deal with missing data, several interpolations on

2   data imputation methodologies that I've

3   experienced in using in those cases.

4           MS. POLLACK:  Okay, I don't have any

5   further questions.

6           MR. KLEBANOV:  Likewise.

7           THE VIDEOGRAPHER:  Okay, this concludes

8   today's video deposition.  The time is

9   approximately 6:00 p.m.

10          We are off the record.

11          (Whereupon, the deposition was

12           concluded at 6:00 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 267

1                         DECLARATION

2

3            I hereby declare I am the deponent in

4     the within matter; that I have read the foregoing

5     deposition and know the contents thereof, and I

6     declare that the same is true of my knowledge,

7     except as to the matters which are therein stated

8     upon my information or belief, and as to those

9     matters, I believe it to be true.

10           I declare under the penalties of perjury

11    of the State of California that the foregoing is

12    true and correct.

13           Executed on the_____day of_____,

14    2020, at_____, California.

15

16

17

18                       _____

19                         W I T N E S S

20

21

22

23

24

25

Page 268

1    STATE OF CALIFORNIA      )   SS

2    COUNTY OF LOS ANGELES    )

3            I, BRENDA R. COUNTZ, Certified Shorthand

4    Reporter No. 12563 for the State of California,

5    do hereby certify:

6            That prior to being examined, the

7    witness named in the foregoing deposition was

8    duly sworn to testify the truth, the whole truth,

9    and nothing but the truth;

10           That said deposition was taken down by

11   me in shorthand at the time and place therein

12   named and thereafter transcribed and that the

13   same is a true, correct, and complete transcript

14   of said proceedings.

15           Before completion of the deposition,

16   review of the transcript [X] was [  ] was not

17   requested.  If requested, any changes made by the

18   deponent during the period allowed are appended

19   hereto.

20           I further certify that I am not

21   interested in the outcome of the action.

22   Witness my hand this 15th day of February, 2020.

23           *Brenda R. Countz*

24   _____

25           Brenda R. Countz, CSR No. 12563

```
1   NAME OF CASE:

2   DATE OF DEPOSITION:

3   NAME OF WITNESS:

4

5           Reason Codes:

6           1.   To clarify the record.

7           2.   To conform to the facts.

8           3.   To correct transcription errors.

9

10  Page _____ Line _____ Reason _____

11  From _____ to _____

12  Page _____ Line _____ Reason _____

13  From _____ to _____

14  Page _____ Line _____ Reason _____

15  From _____ to _____

16  Page _____ Line _____ Reason _____

17  From _____ to _____

18  Page _____ Line _____ Reason _____

19  From _____ to _____

20  Page _____ Line _____ Reason _____

21  From _____ to _____

22  Page _____ Line _____ Reason _____

23  From _____ to _____

24  Page _____ Line _____ Reason _____

25  From _____ to _____
```