Janine Pollack (*pro hac vice*)
jpollack@calcaterrapollack.com
Michael Liskow (243899)
mliskow@calcaterrapollack.com
**CALCATERRA POLLACK LLP**
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel.: (212) 969-7811
Fax: (332) 206-2073

Counsel for Plaintiff (Additional Counsel listed on Signature Page)

Michael R. Annis (*pro hac vice*)
mike.annis@huschblackwell.com
**HUSCH BLACKWELL LLP**
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3433
Tel: (314) 345-6432
Fax: (314) 480-1505

Counsel for Defendant Rawlings Sporting Goods Company, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SOTELO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RAWLINGS SPORTING GOODS COMPANY, INC.,<br><br>Defendant. | CASE NO. 2:18-cv-09166-GW-MAA<br><br>Hon. George H. Wu<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant jointly stipulate to the dismissal of the above-captioned action with prejudice. Each side will bear its own fees and costs.

STIPULATED AND AGREED TO:

By: /s/ *Janine Pollack*
Janine Pollack (*pro hac vice*)
jpollack@calcaterrapollack.com
Michael Liskow (243899)
mliskow@calcaterrapollack.com
**CALCATERRA POLLACK LLP**
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel.: (212) 969-7811
Fax: (332) 206-2073

Jason S. Giaimo (*pro hac vice*)
jgiaimo@mclaughlinstern.com
Lee S. Shalov (*pro hac vice*)
lshalov@mclaughlinstern.com
**MCLAUGHLIN & STERN LLP**
260 Madison Avenue
New York, New York 10016
Tel.: (212) 448-1100
Fax: (212) 448-0066

David R. Shoop (220576)
david.shoop@shooplaw.com
Thomas S. Alch (136860)
thomas.alch@shooplaw.com
**SHOOP, A PROFESSIONAL CORPORATION**
9701 Wilshire Blvd., Suite 950
Beverly Hills, CA 90212
Tel: (310) 620-9533
Fax: (310) 620-6330

C. Mario Jaramillo (195343)
cmj@access.law
**C. MARIO JARAMILLO, PLLC (D/B/A ACCESS LAWYERS GROUP)**
527 South Lake Avenue, Suite 200
Pasadena, CA 91101
Tel: (877) 360-3383
Fax: (866) 686-5590


Jason Sultzer
sultzerj@thesultzerlawgroup.com
**THE SULTZER LAW GROUP P.C.**
85 Civic Center Plaza,
Suite 200
Poughkeepsie, NY 12601
Tel: (845) 244-5595
Fax: (888) 749-7747

*Plaintiff's Counsel*

By: */s/ Michael R. Annis*
Michael R. Annis (*pro hac vice*)
Mike.annis@huschblackwell.com
A. James Spung (*pro hac vice*)
James.Spung@huschblackwell.com
**HUSCH BLACKWELL LLP**
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105-3433
Tel.: (314) 345-6432
Fax: (314) 480-1505

*Defendant Rawlings Sporting Goods Company, Inc.'s Counsel*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Eric Y. Kizirian
Eric.Kizirian@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street
Los Angeles, CA 90071
Tel.: (213) 580-3981
Fax: (213) 250-7900

*Local Counsel for Defendant Rawlings Sporting Goods Company, Inc.*